RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC - 4 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

2007 DEC -2  P 4: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07mc3378-WKW |
| | ) |
| KENNETH HOLMES, | ) |
| | ) |
| Respondent. | ) |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1. This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C.§ § 7402 (b) and 7604 (a), to judicially enforce an Internal Revenue Service summons.

2. Phillip Ditto is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulation §301.7602-1, 26 C.F.R. §301.7602-1.

3. The respondent, Kenneth Holmes, resides at 1965 Alabama 54, Florala, AL 36442, within the jurisdiction of this Court.

4. Revenue Officer Phillip Ditto is conducting an investigation into the tax

liability of Kenneth Holmes for the following taxable period: 9/30/05, 12/31/05, 3/31/06, 6/30/06, 9/30/06, as set forth n the Declaration of Revenue Officer Phillip Ditto attached hereto as Exhibit 1.

5.  The respondent, Kenneth Holmes, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.  On July 12, 2007, an Internal Revenue Service summons was issued by Revenue Officer Phillip Ditto directing the respondent, Kenneth Holmes, to appear before Revenue Officer Phillip Ditto on August 20, 2007 at 10:30 to testify. An attested copy of the summons was left at the last and usual place of abode of the respondent, Kenneth Holmes, by Phillip Ditto, on July 12, 2007.  The summons is attached hereto and incorporated herein as Exhibit 2.

7.  On August 20, 2007, the respondent, Kenneth Holmes, did not appear in response to the summons.  Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Phillip Ditto attached hereto as Exhibit 1.

8.  All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

9.  It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summonses in order to properly investigate the

Federal tax liability of Kenneth Holmes for the following taxable periods; 9/30/05, 12/31/05, 3/31/06, 6/30/06, 9/30/06, as is evidenced by the Declaration of Revenue Officer Phillip Ditto attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

A)   That the Court issue an order directing the respondent, Kenneth Holmes, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof;

B)   That the Court enter an order directing the respondent, Kenneth Holmes, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Phillip Ditto or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Phillip Ditto, or any other proper officer or employee of the Internal Revenue Service;

C)   That the United States recover its costs in maintaining this action.

D)   That the Court grant such other and further relief as is just and proper.

Respectfully submitted this the 4th day of December, 2007.

                        LEURA J. CANARY
                        UNITED STATES ATTORNEY

By:    */s/ R. Randolph Neeley*
      R. Randolph Neeley
      Assistant United States Attorney
      Bar Number: 9083-E56R
      Post Office Box 197
      Montgomery, AL 36101-0197
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      E-mail: **rand.neeley@usdoj.gov**

# EXHIBIT 1

Case 2:07-mc-03378-WKW   Document 1-2   Filed 12/04/2007   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,            )
                                     )
          Petitioner,                )
                                     )
     v.                              ) Civil Action No.
                                     ) 2:07mc3378-WKW
KENNETH HOLMES,                      )
                                     )
          Respondent.                )

**DECLARATION**

Phillip Ditto declares:

    1.   I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service.

    2.   In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Kenneth Holmes for: Employer's Quarterly Federal Tax Return for the periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, and September 30, 2006.

    3.   In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on July 12, 1007, an Internal Revenue Service summons to Kenneth Holmes, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.



4. In accordance with section 7603 of Title 26, U.S.C., on July 13, 2007, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Kenneth Holmes by personal delivery as evidenced in the certificate of service on the reverse side of the summons.

5. On August 20, 2007, Kenneth Holmes did not appear in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Kenneth Holmes for: Employer's Quarterly Federal Tax Return for the periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, and September 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16TH__ day of __November__, 2007.

_____
Phillip Ditto
Revenue Officer

# EXHIBIT 2



# Summons

In the matter of  **KENNETH HOLMES, 1965 Alabama 54, Florala, AL 36442**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**
Periods: **ENDING September 30, 2005; December 31, 2005; March 31, 2006; June 30, 2006 and September 30, 2006**

### The Commissioner of Internal Revenue

To:  **KENNETH HOLMES**
At:  **1965 AL 54  FLORALA, AL  36442**

You are hereby summoned and required to appear before Phillip Ditto, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period JANUARY 01, 2007 to JUNE 30, 2007, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
 1110 Montlimar Drive Ste 300, Mobile, AL   251-341-5933

**Place and time for appearance at**   1110 Montlimar Drive Ste 300, Mobile, AL

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  **20th**  day of  **August**, **2007**  at  **10:30**  o'clock  **A** m.
Issued under authority of the Internal Revenue Code this 2nd day of July, 2007

Signature of Issuing Officer                              Revenue Officer
                                                          Title

Signature of Approving Officer (if applicable)            Title

Exhibit

**Original --** to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/13/2007 | 1:45 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____          Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-2001)



# PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | Civil Action No. 2:07mc3378-WKW |
| ) | |
| KENNETH HOLMES, ) | |
| ) | |
| RESPONDENT. ) | |

### ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, **Kenneth Holmes**, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable _____, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at _____ on the _____ day of _____, 2007, at Courtroom ___, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on July 13, 2007. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Kenneth Holmes, by the United States Marshall's Service within 20 days of this Order.

It is further

ORDERED within 10 days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

Entered this ___ day of _____, 2007.

                                      BY THE COURT:

                                      _____
                                      UNITED STATES DISTRICT COURT