# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-mc-3378 |
| | ) |
| KENNETH HOLMES, | ) |
| | ) |
| Respondent. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Plaintiff, United States of America, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　　This party is an individual, or

☒　　This party is a governmental entity, or

☐　　There are no entities to be reported, or

☐　　The following entities and their relationship to the party are hereby reported: None.

Dated this the 11th day of December, 2007.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
   R. RANDOLPH NEELEY
   Assistant United States Attorney
   Bar Number: 9083-E56R
   Post Office Box 197
   Montgomery, AL  36101-0197
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I certify that I have mailed a copy of same to Plaintiff addressed as follows:

Kenneth Holmes
1965 Alabama 54
Florala, AL 36442

        s/R. Randolph Neeley
        Assistant United States Attorney