IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-mc-3378-WKW |
| | ) | |
| KENNETH HOLMES, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Upon consideration of the Petition to Enforce Internal Revenue Service Summons filed by the United States (Doc. # 1), and the declaration and summons attached thereto, it is hereby ORDERED that:

1. The respondent, Kenneth Holmes, shall show cause in writing **on or before January 11, 2008**, why he should not be compelled to comply with the Internal Revenue Service summons served on him July 13, 2007;

2. A copy of this Order, together with the petition and exhibits thereto, be personally served on Kenneth Holmes, by the United States Marshals Service within 10 days of this Order.

After the respondent has filed his written response, an evidentiary hearing may be conducted at the request of either party through the filing of an appropriate motion.

DONE this 12th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE