**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern 9:16__ DIVISION

__USA__
Plaintiff,

v.

__Kenneth Holmes__,
Defendants,

CASE NO. __2:07-mc-3378-WKW__

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Kenneth Holmes__, a [Plaintiff/(Defendant)] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

__12/20/07__
Date

Signature _[signed]_
Counsel

Counsel for (print names of all parties)
__1965 AL 54 Florala, AL 36442__
Address, City, State Zip Code
__334 858 4989__
Telephone Number

Also requires a certificate of Service