UN
①
4 pages

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-mc-3378-WKW |
| | ) | |
| KENNETH HOLMES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon consideration of the Petition to Enforce Internal Revenue Service Summons filed by the United States (Doc. # 1), and the declaration and summons attached thereto, it is hereby ORDERED that:

1   The respondent, Kenneth Holmes, shall show cause in writing **on or before January 11, 2008**, why he should not be compelled to comply with the Internal Revenue Service summons served on him July 13, 2007;

2   A copy of this Order, together with the petition and exhibits thereto, be personally served on Kenneth Holmes by the United States Marshals Service within 10 days of this Order.

After the respondent has filed his written response, an evidentiary hearing may be conducted at the request of either party through the filing of an appropriate motion.

DONE this 12th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

ATTEST: A True Copy
Certified to 12/12/ 20 07
Clerk U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

334-223-7619

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear KENNETH W HOLMES:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 4█████
TOP Trace Num: P42277642
Acct Num: 042302283530200012
Amount This Creditor:     $125.55
Creditor: 51     Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.   Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:    KENNETH W HOLMES                    PAYEE TIN: 4█████
PAYMENT BEFORE REDUCTION:       $827.00            PAYMENT DATE: 01/09/08
TOTAL AMOUNT OF THIS REDUCTION:    $125.55         PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Social Security Administration   BENEFICIARY TIN: █████
CLAIM ACCT NUM: 423022835 A

FOR OFFICIAL USE ONLY:   0000004423 P42277642423022835003581770042 SSA-P01KENN004429
                         4500 05152300 20184904 S1  G  D

RC0506





To: Middle District of Alabama
Re: 2:07-mc-3378

This letter is to inform the court that on the periods in question Kenneth Holmes was disabled and reciving Social Security Disabitity checks. He was not self employed. He did not go to summons because a tax relief co (United Tax Relief) we hired to help us resolved my tax matters told me they would take care of it. I faxed the summons and a copy of my check I recieve and they said they would contact Mr. Ditto that they was supposed to take care of those matters. Needless to say they



took my money and lied. Now I am trying to answer for myself. Thank you for accepting the response I am giving.

Thank you,
Kenneth Holmes