IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:07-mc-3378-WKW |
| ) | |
| KENNETH HOLMES, ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

On December 4, 2007, a Petition to Enforce Internal Revenue Service Summons was filed by the United States in this court pursuant to 26 U.S.C. § 7604. (Doc. # 1.) Attached to the petition is a sworn declaration of Revenue Officer Phillip Ditto (Doc. # 1-2) wherein he declares under oath that (1) he is conducting an investigation into the tax liability of the respondent, Kenneth Holmes ("Holmes"), for Employer's Quarterly Federal Tax Return for the periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, and September 30, 2006; (2) in furtherance of the investigation, a summons was served on Holmes on July 13, 2007; (3) the information sought by the summons was not already in the possession of the IRS; (4) Holmes did not appear in response to the summons, and (5) all administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

Subsequent to the filing of the petition, Holmes was ordered to show cause (Doc. # 5) why he should not be compelled to comply with the Internal Revenue Service ("IRS")

summons served on him July 13, 2007 (Doc. # 1-3). Holmes mistakenly faxed his response to the United States Attorney's Office rather than filing it with the court, and it has now been properly docketed. (Doc. # 9.) Upon consideration of the Government's petition and Holmes's response, it is hereby ORDERED that:

1. The respondent, Kenneth Holmes, is DIRECTED to obey the summons, and each and every requirement thereof. Holmes shall comply with the summons served on July 13, 2007 by appearing and testifying before the revenue officer and producing the specified documents for examination at a time and place to be designated by the revenue officer or his successor. The specified documents include the books, papers, records, or other data that may be relevant to the collection of federal tax liability of Kenneth Holmes for the taxable periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, and September 30, 2006.

2. Failure to comply with this Order may subject Holmes to sanctions for contempt of court.

3. Any request by the petitioner for the award of fees and costs shall be filed within ten days.

DONE this 12th day of February, 2008.

                                             /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE