IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.:2:07-mc-3378-WKW |
| ) | |
| KENNETH HOLMES, ) | |
| ) | |
| Respondent. ) | |

## MOTION TO DISMISS

Comes now the plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and respectfully requests that its Petition to Enforce Internal Revenue Service Summons be dismissed, and as grounds states as follows:

1.  The plaintiff filed a Petition to Enforce Internal Revenue Summons on December 4, 2007 (Doc. 1). Thereafter, the defendant was ordered to show cause why the plaintiff's petition should not be granted. (Doc. 5). Defendant filed his response on January 30, 2008, (Doc. 9) and the court subsequently ordered the defendant to comply with the summons of the Internal Revenue Service (Doc. 10).

2.  The IRS has notified the office of the undersigned that this matter has been resolved and that the need for further court intervention no longer exists. As such, the undersigned respectfully requests this matter be dismissed.

Respectfully submitted this 25th day of April, 2008.

      LEURA G. CANARY
      United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Kenneth Holmes
    1965 Alabama 54
    Florala, AL 36442

      s/R. Randolph Neeley
      Assistant United States Attorney