IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-mc-3378-WKW |
| | ) | |
| KENNETH HOLMES, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

In a motion to dismiss (Doc. # 11) filed on April 25, 2008, the United States represented to the court that this matter has been resolved and that reason for further court intervention no longer exists. Therefore, upon consideration of the motion, it is ORDERED that the motion is GRANTED. The petition to enforce IRS summons filed on December 2, 2007, is DISMISSED and this case is closed.

DONE this 5th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE